UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EL OLIVO MEXICAN RESTAURANT,
LLC,

                Plaintiff,

      -against-

MT. HAWLEY INSURANCE COMPANY,

                Defendant.

Case No. 1:24-cv-09126 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of a motion from counsel for Plaintiff El Olivo Mexican Restaurant, LLC, seeking to withdraw as attorneys in this matter. *See* Dkt. 42. The parties shall appear for a conference to discuss the motion on **January 28, 2026**, at **11:30 a.m.** Plaintiff's counsel shall appear with their client representative. The conference will be held by video via Microsoft Teams. Counsel will receive log-in credentials at the email addresses on the docket. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 638 075 415#.

Dated: January 23, 2026
      New York, New York

                        SO ORDERED.

                        JENNIFER L. ROCHON
                        United States District Judge